UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

[JOHN DOE] and [JAMES DOE], *on behalf of themselves, FLSA collective plaintiffs, and the class*,

                Plaintiffs,

-v-

47TH ST. FOOD INC. d/b/a BLAKE & TODD, *et al.*,

                Defendants.

22 Civ. 1008 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' Complaint, filed under pseudonyms. Having been advised by the Clerk of Court that plaintiffs have not obtained leave to file said Complaint pseudonymously, the Court directs plaintiffs, by February 10, 2022, to file a letter motion for leave to so file the Complaint, or to file this case using their actual names.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: February 7, 2022
         New York, New York